JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRANG, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> v. <br><br> TREBLE HEALTH, LLC; and DOES 1-10 Inclusive, <br> Defendant. | Case No. 2:24-cv-03242-MCS-JPR <br><br> **ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. (ECF No. 13)** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 23rd day of September, 2024

*[signature: Mark C. Scarsi]*

_____
Mark C. Scarsi
United States District Judge